**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON**
**MAGISTRATE JUDGE: BONGIOVANNI**
**ESR: Mark J. Morelli**

**June 3, 2020**
**DATE OF PROCEEDINGS**

**TITLE OF CASE**: **MJ-20-3013 (TJB)**

UNITED STATES OF AMERICA,
V.
JUSTIN D. SPRY

**APPEARANCES:**

Alexander Ramey, AUSA for Government
Benjamin West, AFPD for Defendant
Nicholas Zotti, Pretrial Services

**NATURE OF PROCEEDING:** Initial Appearance via Video Conference

All parties consent to Initial Appearance by video conference.
Financial affidavit submitted/filed.
Hearing on application by defendant for appointment of counsel.
Ordered application granted.
Ordered Benjamin West, AFPD appointed as counsel.
Initial appearance held.
Defendant advised of his rights, charges and penalties.
Counsel waives formal reading of the complaint.
Waiver of preliminary hearing executed and filed.
Hearing on application of Defendant for Pretrial Release.
Ordered application granted.
**Ordered bail set at** $150,000 unsecured bond with third party custodian.
Order Setting Conditions of Release to follow.

TIME COMMENCED: 2:30pm
TIME ADJOURNED: 3:00pm
TOTAL TIME: 30 MINUTES

s/ Mark Morelli
Deputy Clerk