AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

United States of America
v.
JUSTIN D. SPRY
*Defendant*

Case No. 20-3013 (TJB)

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 06/03/2020

Benjamin West for Justin Spry
*Defendant's signature*

Benjamin West
*Signature of defendant's attorney*

Benjmain West
*Printed name and bar number of defendant's attorney*

22 South Clinton Avenue
Station Plaza 4, 4th Floor
Trenton, New Jersey 08609
*Address of defendant's attorney*

benjamin_west@fd.org
*E-mail address of defendant's attorney*

(609) 649-8364
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*