UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America<br><br>v.<br><br>Justin Spry | Hon. Tonianne J. Bongiovanni U.S.M.J.<br>Mag. No. 20-3013 (TJB)<br><br>ORDER FOR TEMPORARY MODIFICATION OF BAIL CONDITIONS |

THIS MATTER having been brought before the Court by defendant Justin Spry, (by Benjamin West, Assistant Federal Public Defender), for an Order temporarily modifying Mr. Spry's bail release conditions; and the United States Attorney for the District of New Jersey, (by Alex Ramey, Assistant United States Attorney) consenting to such modification; and,

WHEREAS, bail release conditions were imposed on June 3, 2020 by the Hon. Tonianne J. Bongiovanni, United States Magistrate Judge; and

WHEREAS those bail conditions require, among other conditions, 24-hour home detention with electronic monitoring; and

WHEREAS, Mr. Spry would like to attend a family wedding involving his cousin, Diana Scalafani; and,

WHEREAS, to attend the wedding Mr. Spry seeks permission to travel to 75 Seawane Road, East Rockaway, New York; and

WHEREAS, Mr. Spry seeks to arrive at the wedding at 5:00 p.m. on Saturday, October 10, 2020 and stay until the conclusion of the celebration, at 12:00 am on Sunday October 11, 2020; and

WHEREAS, he will be accompanied at all times by third party custodian(s);

IT IS THE FINDING OF THIS COURT

On this 8th day of October, 2020, that the bail conditions shall be temporarily modified as follows:

1. Mr. Spry shall be permitted to leave his residence at 3:00 p.m. on October 10, 2020. He shall be back at his residence by 1:30 a.m. on Sunday October 11, 2020;
2. Mr. Spry shall go directly to the wedding venue at 75 Seawane Road, East Rockaway, New York;
3. Mr. Spry shall be accompanied at all times by his third party-custodian(s);
4. Mr. Spry shall stay at the wedding at all times until he goes directly home;
5. All other conditions shall remain the same.

Tonianne J. Bongiovanni
United States Magistrate Judge