RECEIVED

2020R00653/AER

3/30/2021

At: 8:30________.m

WILLIAM T. WALSH

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. |
| | : | |
| v. | : | 21-260(BRM) |
| | : | |
| JUSTIN D. SPRY | : | 18 U.S.C. § 231(a)(3) |

# I N F O R M A T I O N

The defendant having waived in open court prosecution by indictment, the Acting United States Attorney for the District of New Jersey charges:

**(Attempting to Obstruct, Impede, or Interfere with Law Enforcement Officers During a Civil Disorder)**

On or about May 31, 2020, in Mercer County, in the District of New Jersey, and elsewhere, the defendant,

JUSTIN D. SPRY,

did knowingly and intentionally attempt to commit an act to obstruct, impede, or interfere with law enforcement officers lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, which obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce.

In violation of Title 18, United States Code, Section 231(a)(3).

Rachael A. Honig/mjs

RACHAEL A. HONIG
Acting United States Attorney

**CASE NUMBER: 21-cr-**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**UNITED STATES OF AMERICA**

**v.**

**JUSTIN D. SPRY**

**INFORMATION FOR**
18 U.S.C. § 231(a)(3)

**RACHAEL A. HONIG**
*ACTING UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

*ALEXANDER E. RAMEY*
*MICHELLE S. GASPARIAN*
*ASSISTANT UNITED STATES ATTORNEYS*
*TRENTON, NEW JERSEY*