RECEIVED

3/30/2021

At: 8:30________.m

WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 21-260(BRM) |
| | : | |
| v. | : | WAIVER OF INDICTMENT |
| | : | |
| JUSTIN D. SPRY | : | |

I, Justin D. Spry, the above-named defendant, who is charged with:

> attempting to commit an act to obstruct, impede, or interfere with law enforcement officers lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, which obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce,

being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on March 30, 2021, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*s/ Benjamin West for Justin Spry*
JUSTIN D. SPRY
Defendant

*s/ Benjamin West*
BENJAMIN J. WEST, ESQ.
Counsel for Defendant

Before: ______________________________
Hon. Brian R. Martinotti
United States District Judge