UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

DATE OF PROCEEDINGS: 3/30/2021
CRIMINAL NUMBER: 21-260(BRM)-01

OFFICE: TRENTON
FOR JUDGE BRIAN R. MARTINOTTI
COURT REPORTER: MEGAN MCKAY-SOULE

TITLE OF CASE:
UNITED STATES OF AMERICA
vs.
Justin D. Spry

APPEARANCES:
Alexander Ramey, Assistant United States Attorney
Benjamin West, Assistant Federal Public Defender for defendant
Defendant present.

NATURE OF PROCEEDINGS:
INITIAL APPEARANCE & PLEA HEARING HELD.
Ordered defendant sworn; defendant sworn.
Ordered Covid-19 order to be filed.
Defendant advised of rights, charges, and penalties.
Waiver of Indictment executed and filed.
INFORMATION filed.
Defendant entered Plea of Guilty to a One-Count Information.
Ordered terms of the plea agreement read into the record.
Ordered plea agreement approved and accepted.
Plea agreement and Rule 11 Form to be filed.
Ordered sentence date set for 8/3/2021 @10am.

Further ordered bail continued.

Time commenced: 12:00 p.m.

Time adjourned: 12:50 p.m.

Total time: 50 minutes

s/Dana Sledge-Courtney

Courtroom Deputy