UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States of America | : | Hon. Tonianne J. Bongiovanni |
| | : | U.S.M.J. Mag. No. 21-260 (BRM) |
| v. | : | |
| | : | CONSENT ORDER FOR |
| Justin Spry | : | TEMPORARY MODIFICATION |
| | : | BAIL CONDITIONS |

THIS MATTER having been brought before the Court by defendant Justin Spry, (by Benjamin West, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Alexander Ramey, Assistant United States Attorney and Michelle Gasparian, Assistant United States Attorney) consenting, and the United States Pretrial Services Office consenting, for an Order temporarily modifying Mr. Spry's bail release conditions; and

WHEREAS, bail release conditions were imposed on June 3, 2020 by the Hon. Tonianne J. Bongiovanni, United States Magistrate Judge; and

WHEREAS those bail conditions require, among other conditions, 24-hour home detention with electronic monitoring, with permission to leave the residence for employment and other pre-approved absences; and

WHEREAS, Mr. Spry seeks to attend a family gathering to celebrate his cousin Gina Harrison's birthday at her home at 597 Grouse Drive, Bath, Pennsylvania, 18014; and

WHEREAS, Mr. Spry would leave home at 11:00 am on Saturday May 1, 2021 and return home by 1:00 am on the morning of May 2, 2021.

IT IS THE FINDING OF THIS COURT

On this 30th day of April, 2021, that the bail conditions shall be temporarily modified as follows:

1. Mr. Spry shall be permitted to leave his residence at 11:00 am on May 1, 2021. He shall be back at his residence by 1:00 am on May 2, 2021;

2. At all times Mr. Spry will be with his third-party custodian.

3. Mr. Spry shall go directly to 597 Grouse Drive, Bath, Pennsylvania, 18014;

4. Mr. Spry shall stay at 597 Grouse Drive, Bath, Pennsylvania, 18014 with his third party custodian at all times until he goes directly home;

5. All other conditions shall remain the same.

Tonianne J. Bongiovanni

Tonianne J. Bongiovanni
United States Magistrate Judge