UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States of America | : | Hon. Tonianne J. Bongiovanni U.S.M.J. |
| | : | Crim No. 21-260 (BRM) |
| v. | : | |
| | : | CONSENT ORDER |
| Justin Spry | : | MODIFYING |
| | : | BAIL CONDITIONS |

THIS MATTER having been brought before the Court by defendant Justin Spry, (by Benjamin West, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Alexander Ramey, Assistant United States Attorney and Michelle Gasparian, Assistant United States Attorney) consenting, and the United States Pretrial Services Office consenting, for an Order modifying Mr. Spry's bail release conditions; and

WHEREAS, bail release conditions were imposed on June 3, 2020 by the Hon. Tonianne J. Bongiovanni, United States Magistrate Judge; and

WHEREAS those bail conditions require, among other conditions, 24-hour home detention with electronic monitoring, with permission to leave the residence for employment and other pre-approved absences; and

WHEREAS, United States Pretrial Services has determined that it is appropriate for Mr. Spry to be subjected to a curfew rather than 24-home detention with electronic monitoring;

IT IS THE FINDING OF THIS COURT

On this 16th day of June, 2021, that the bail conditions shall be modified as follows:

1. Mr. Spry shall no longer be subjected to the condition of 24-hour home detention with electronic monitoring;

2. Mr. Spry shall be subject to a curfew, to be determined by Pretrial Services;

3. All other conditions shall remain the same.

Tonianne J. Bongiovanni
United States Magistrate Judge