DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

JUSTIN D. SPRY

Defendant(s).

Criminal No. 21-260 (BRM)

**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES**

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant JUSTIN D. SPRY .

Date: 10/07/2021

RACHAEL A. HONIG
Acting United States Attorney

By: Alexander E. Ramey
Assistant U.S. Attorney