UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: BRIAN R. MARTINOTTI — Date: 10/21/2021
Court Reporter: TAMMERA WITTE — Docket No: 2:21-260

Title of the Case:

UNITED STATES OF AMERICA
v.
JUSTIN D. SPRY

Appearances:

Alexander Ramey & Michelle Gasparian, AUSA
Benjamin West, AFPD
Joanne Young, USPO
Kristen Bell, Special Agent

Nature of Proceedings: Sentencing *(Via Zoom)*

Deft. Present & sworn
Order Regarding Use of Video Conferencing fld.
SENTENCE: 24 Months Count 1 of the Information
SUPERVISED RELEASE: 3 Years on Count 1 of the Information
Special Assessment: $100 (due immediately)
Special Conditions:

- Life Skills/Education
- Mental Health Treatment
- Alcohol/Drug Testing/Treatment

Fine: WAIVED
Defendant was advised of his right to appeal.
Recommendation to BOP:

- a facility for service of this sentence as near as possible to his home address
- RDAP program

Surrender Date: on a date to be designated by the BOP.
Court Ordered Deft. bail continued

Commenced: 9:55 AM
Concluded: 10:45 AM

Lissette Rodriguez, Courtroom Deputy
to the Hon. Brian R. Martinotti U.S.D.J.